Civil Action #
01-40128-NMG

page one of two
8-17-01

Motion

Production Motion to obtain Worcester# Police Officers name & address so U.S. Marshal may deliver summons to said officer.

U.S. Marshal claims their service does not serve process to an approximate address, or to a John Doe.

U.S. Marshal further claims a name & complete address be needed.

Therefore; to date, 8-17-2001, A U.S. Marshal served not a summons, concerning this case. No Signature.

Worcester Police Officers Badge number 323, approximate address, (if not precise), 325 Auburn St., Leicester, Mass.

I request a court order to & so the Worcester Police Dept., Worcester, Mass. 01608-1172 may produce Worcester Police Officers (defendant), (Badge #323) name & address.

Rule 34 ; Information needed & not priveleged,

Angelo B. Caron, P.O. Box 5978, Boston, Mass. 02114                    signed Angelo B. Caron "Pro se"



## U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

---

*U.S. Courthouse*
*1 Courthouse Way, Suite # 500*
*Boston, Massachusetts 02210*

ANGELO B. CARON
P.O. BOX 5978
BOSTON, MA. 02114

*Badge #373*

*Approx. 325 Auburn St.*
*Leicester, Mass.*

Mr. Caron

The U.S. Marshal's Service does not serve process to an approximate addresses, or to a John Doe. It is your responsibility to provide us with a name and complete address. Therefore we have returned your request.